U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 14 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JANET FAYE BANKS | CIVIL ACTION NO. 09-cv-0037 |
| VERSUS | JUDGE STAGG |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** for failure to make timely service.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 14th day of July, 2009.

TOM STAGG
UNITED STATES DISTRICT JUDGE